

William H Ball
1231 Cabrillo Drive
Hemet, CA 92543
951-652-8261

FILED
2023 JAN 17 AM 11: 05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FEE PAID

UNITED STATES DISTRICT COURT
EASTERN DIVISION CALIFORNIA

EDCV23-00083-JGB(SHKx)

WILLIAM H. BALL,
    Plaintiff,

vs.

SOBOBA ECONOMIC
DEVELOPMENT CORPORATION,
    Defendant.

COMPLAINT and
JURY DEMAND

Plaintiff, William H. Ball makes the following allegations:

1. Plaintiff, William H. Ball (Ball) is a 73 year old man with 18 years of direct experience as a Table Games Supervisor in casinos.

2. Soboba Casino Resort, (Soboba) is operated by Defendant, Soboba Economic Development Corporation (SEDC).

3. On or about November, 27, 2022, Soboba advertised a position of a casino Table Games Supervisor online.

4. On or about November 27, 2022, Ball applied for the position as casino Table Games Supervisor at Soboba Casino Resort.

5. On or about November 28, 2022, Soboba emailed Ball stating in part,

"As a member of our talent network, you can keep an eye on our career page link for future opportunities that may be a better fit. We will notify you if we have a job opening in which you would be a good match."

6.In response to the November 28, 2022 email , Ball emailed Soboba indicating that Ball's experience and training matched the advertised position exactly.

7.In response to Ball's email , on November 29, 2022, Soboba responded to Ball as follows in relevant part, "After careful consideration we regret to inform you that we have chosen to pursue other candidates whose skill, background, and education more closely matches our needs for the Table Games Supervisor at Soboba Casino Resort."

8.Ball has a law degree and have gone to dealers school with regard to casino work, so Ball's education could not be an issue with regard to hiring Ball as a Table Games Supervisor at Soboba.

9.Ball has nearly 18 years of experience as a Table Games Supervisor at Pechanga Resort Casino and 5 years of experience as a dual rate dealer and Table Games Superisor at other casinos so Ball's skills and background match the job as a Table Games Supervisor advertised by Soboba.

10.On or about December 27, 2022, Soboba again advertised for applications for a Table Games Supervisor through a job search site on the internet.

11.Ball, again applied for the position as a Table Games Supervisor with Soboba and has received no replies to that application.

12.Since there are no other legitimate reasons why Ball would not be considered or the job as a Table Games Supervisor at Soboba, Soboba must

have denied Ball the position because of Ball's age, in violation of federal statutes.

13. As a result of Soboba's violation of federal statute, Ball has been damaged in the amount of $353,500 in salary and $30,000 in benefits for five years of employment.

Wherefore, plaintiff prays for judgement as follows:

Damages in the amount of $383,500 plus court cost and other expenses.

Dated this ___ day of January, 2023

_____

William H. Ball, Plaintiff

1231 Cabrillo Drive

Hemet, CA. 92543

99510652-8161

## JURY DEMAND

Plaintiff hereby demands a trial by jury in the above entitled case.